IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CLEBERT RENEA TERRY, JR.,   )
an individual,              )
                            )
     Plaintiff,             )
                            )       CIVIL ACTION NO.
     v.                     )         2:13cv599-MHT
                            )             (WO)
LEON FORNISS, in his        )
individual capacity, and    )
J. BAKER, in his            )
individual capacity,        )
                            )
     Defendants.            )
```

JUDGMENT

By agreement of the parties at the pretrial conference held on this date, it is the ORDER, JUDGMENT, and DECREE of the court that defendant Leon Forniss is dismissed with prejudice and terminated as a party, with no costs taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**This case is not closed.**

**DONE, this the 23rd day of December, 2014.**

                                    /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**