IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CLEBERT RENEA TERRY, JR.,   )
an individual,              )
                            )
     Plaintiff,             )
                            )      CIVIL ACTION NO.
     v.                     )        2:13cv599-MHT
                            )            (WO)
J. BAKER, in his            )
individual capacity,        )
                            )
     Defendant.             )
```

## JUDGMENT

Pursuant to the joint stipulation of dismissal (doc. no. 40), it is the ORDER, JUDGMENT, and DECREE of the court that this case is dismissed in its entirety with prejudice and with costs, expenses, and fees taxed as paid by the parties.

It is further ORDERED that all pending motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 5th day of January, 2015.

                 /s/ Myron H. Thompson
                 **UNITED STATES DISTRICT JUDGE**